UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALLAH KNIGHT,

                              Plaintiff,

                  -against-

BLUMENFELD DEVELOPMENT GROUP, LTD
et al.,

                              Defendants.

------------------------------------------------------------------x

                                         25-CV-5759 (VSB) (VF)

                                           **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The parties are directed to meet and confer and complete a Proposed Case Management

Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **November 21,**

**2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit

a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **November**

**21, 2025**.

        **SO ORDERED.**

DATED:      New York, New York
               November 12, 2025

                                _____

                                VALERIE FIGUEREDO
                                United States Magistrate Judge