UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ALLAH KNIGHT,

                     Plaintiff,

       -against-

BLUMENFELD DEVELOPMENT GROUP, LTD.,
et al.,

                  Defendants.

----------------------------------------------------------------x

25-CV-5759 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a settlement conference today, May 13, 2026. The parties reached a

settlement agreement and accepted the mediator's proposal.

       **SO ORDERED.**

DATED:    New York, New York
            May 13, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge